UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO: 0:21-cv-61131-WPD**

BRITTNEY REYNOSO, on behalf of herself
and all others similarly situated,

    Plaintiff(s),
v.

3033 GROUP, LLC, d/b/a SHOOTERS WATERFRONT

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, BRITTNEY REYNOSO ("Plaintiff"), by and through undersigned counsel, hereby notifies this Honorable Court that the Parties have fully resolved the claims in this case. The parties intend on filing a Joint Motion for Court Approval by Friday, July 30, 2021.

**Dated this 27th day of July 2021.**

                    Respectfully Submitted,

                    **USA EMPLOYMENT LAWYERS –
JORDAN RICHARDS PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
(954) 871-0050
*Counsel for Plaintiff*

By: */s/ Jake Blumstein, Esquire*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 1108372
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746
[jordan@jordanrichardspllsc.com](jordan@jordanrichardspllsc.com)
[jake@jordanrichardspllc.com](jake@jordanrichardspllc.com)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on July 27, 2021.

By: */s/ Jake Blumstein, Esquire*
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## SERVICE LIST:

**W. JAN PIETRUSZKA, ESQ.**
jpietruszka@shumaker.com
dmazzarella@shumaker.com
Florida Bar No.: 0188794
**SHUMAKER, LOOP & KENDRICK, LLP**
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
Tel: (813) 229-7600
*Counsel for Defendant*

2